# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

IN RE: SURREY VACATION RESORTS, )
    INC., )
     )
    Debtor )
     )    No. 3:15-bk-32648
     )    Chapter 7
     )

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1011(f) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel for SURREY VACATION RESORTS, INC., a corporation, hereby certifies that no corporation directly or indirectly owns 10% or more of any class of the corporation's equity interests.

    Respectfully submitted,

    /s/ M. Edward Owens, Jr.
    M. Edward Owens, Jr. (BPR #007159)

LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
Knoxville, Tennessee 37902
(865) 546-4646
Attorneys for Surrey Vacation Resorts, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of September, 2015, a copy of the foregoing document was filed electronically. The document will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system.

    /s/ M. Edward Owens, Jr.
    M. Edward Owens, Jr.