UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

IN RE: SURREY VACATION RESORTS, )
    INC., )
     )
Alleged Debtor )
     ) No. 3:15-bk-32648 -SHB
     ) Chapter 7
     )

AMENDED
AFFIDAVIT OF MATTHEW SPANGLER

STATE OF MISSOURI )
     )
COUNTY OF TANEY )

Matthew Spangler, being duly sworn, makes oath as follows:

1. I am Accounts Payable Manager for Surrey Vacation Resorts, Inc. (Surrey). I have personal knowledge of the facts set forth in this affidavit.

2. Surrey is a party to a contract with Wahoo Ziplines TN, LLC (Wahoo). Under the contract, Surrey issues vouchers to customers as part of a vacation package. The vouchers may be redeemed for admission to a zipline attraction operated by Wahoo. Surrey has agreed to pay Wahoo for each voucher redeemed by a customer. Payment is due within 15 days of receipt of the invoice.

3. On August 20, 2015, Surrey received two invoices from Wahoo, No. 8461 and No. 8462, totaling $40,718.00. True copies of the invoices are Collective Exhibit A hereto. The copies contain handwritten notations and highlighting placed on them by an employee of Surrey whom I supervise.

4. The invoices were the first invoices Surrey had received from Wahoo since 2014. The invoices sought payment for vouchers redeemed during the period starting May 13, 2014 and ending August 3, 2015.

1

5. The invoices included at least $5,738.00 worth of vouchers that had been included on previous invoices that had already been paid by Surrey.

6. In addition, Wahoo did not include any documentation to support the invoices. I was out of the office when the invoices arrived on August 20, 2015. On August 25, 2015, when I returned to the office and reviewed the invoices, I asked Wahoo to provide the documentation to support the invoices, and was advised by a representative of Wahoo that it would take a few days to get the documentation. A true copy of my email exchange with Wahoo is Exhibit B hereto.

7. The invoices were not due until September 4, 2015. When I asked for the supporting documentation on August 25, 2015, I did not know that Wahoo had already signed an involuntary bankruptcy petition against Surrey.

8. Wahoo still has not furnished the documentation to support the invoices.

9. Because of the double billing and lack of supporting documentation, Surrey disputes that it owes the amount shown on the Wahoo invoices.

10. In July 2015, Surrey received a demand for payment of $16,618.75, through a collection agent retained by a creditor, Waitt Outdoor (Waitt). On August 4, 2015, Surrey sent a payment of $3,323.75 to Waitt through the collection agent. Surrey is scheduled to make monthly installment payments on the debt and has continued to make payments to Waitt after the filing of the involuntary bankruptcy petition against Surrey.

11. Surrey has more than twelve creditors that hold claims against Surrey that that are not contingent as to liability or subject to a bona fide dispute as to liability or amount.

Further deponent sayeth not.

_____
MATTHEW SPANGLER

Subscribed and sworn before me
this 21 day of September, 2015.

_____
Notary Public
My commission expires: 04/08/2017

LORI HALTOM
Notary Public - Notary Seal
State of Missouri
Commissioned for Taney County
My Commission Expires: April 08, 2017
Commission Number: 13405272

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of September, 2015, a copy of the foregoing Affidavit of Matthew Spangler was filed electronically. The Affidavit will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system.

/s/ M. Edward Owens, Jr.
M. Edward Owens, Jr.

8461  Grand Crowne Resorts / Capital Resorts    05-12-14 thru 02-28-15

| Date | Voucher # | Name | # of People |
|---|---|---|---|
| 5/13/2014 | 850215 | Tyler Keever | 2 |
| 5/13/2014 | 849731 | Mitchell Webb | 2 |
| 5/14/2014 | 850220 | Steve Verhoff | 2 |
| 5/16/2014 | 2013012758 | Jeremy Rohrer | 6 |
| 5/19/2014 | 852033 | Tim Miller | 2 |
| 5/20/2014 | 852141 | Sterling Harris | 2 |
| 5/23/2014 | 857008 | Galen Avery | 2 |
| 5/24/2014 | 857461 | Vasko Cacovski | 2 |
| 5/24/2014 | 2013012746 | Timothy Blake | 2 |
| 5/24/2014 | 2013012745 | Chris Collinsworth | 2 |
| 6/25/2014 | 2013013210 | James Stafford | 3 |
| 6/25/2014 | 870230 | Mike Cotton | 2 |
| 6/25/2014 | 870135 | Paul Cole | 2 |
| 6/26/2014 | 870700 | Charles Arnold | 3 |
| 6/27/2014 | 871381 | Kelly Mathis | 2 |
| 6/27/2014 | 871388 | Noah Furrow | 5 |
| 6/27/2014 | 871361 | Samuel Bays | 2 |
| 6/28/2014 | 871638 | Sara Call | 3 |
| 6/28/2014 | 871640 | Charles Philpot | 6 |
| 7/1/2014 | 871836 | Ronald Sutton | 4 |
| 7/3/2014 | 874624 | David Brown | 2 |
| 7/3/2014 | 873514 | Frankie Faciane | 6 |
| 7/4/2014 | 875299 | Chris Orwig | 4 |
| 7/4/2014 | 874827 | Perry Smith | 3 |
| 7/5/2014 | 875684 | Shawn Nation | 2 |
| 7/8/2014 | 876524 | Michael Reeves | 2 |
| 7/8/2014 | 875825 | Matt Bricker | 6 |
| 7/8/2014 | 875912 | Randall Stull | 5 |
| 7/9/2014 | 2013013429 | Kevin Harris | 5 |
| 7/9/2014 | 866801 | David Bibie | 2 |
| 7/10/2014 | 2013012835 | Don Keehner | 2 |
| 7/10/2014 | 866795 | Anthony Deluca | 6 |
| 7/10/2014 | 866881 | Michael Todd Wideman | 2 |
| 7/11/2014 | 866805 | Ken Hollis | 3 |
| 7/11/2014 | 2013013452 | Tony Danislavs | 4 |
| 7/11/2014 | 876641 | Dennis Coley | 3 |
| 7/11/2014 | 877096 | Ray Severa | 4 |
| 7/12/2014 | 877043 | Mike Osborne | 3 |
| 7/13/2014 | 877493 | Matt Whittington | 1 |
| 7/13/2014 | 877141 | Jason Keats | 4 |
| 7/14/2014 | 203013243 | Bob Moss | 2 |
| 7/15/2014 | 877562 | Michael Long | 3 |
| 7/15/2014 | 2013013467 | Domenic Friguglietti | 2 |
| 7/15/2014 | 868055 | Raymond Smith | 2 |

Handwritten annotations:
- 7315 pd 10/22/14 ck #105526 456.00
- 7314 pd 10/22/14 ck# 105526 456.00
- 7317 paid 1/16/15 c# 107309 4826.00
- 7319 5054 (1292.00 from IV 731
- 7317
- 7316
- 7315
- 7318
- 7319 7318 pending
- pepper 2013012864

EXHIBIT A

1 of 4

| Date | Number | Name | Note | Qty |
|---|---|---|---|---|
| 7/15/2014 | 868057 | Duane Tilson | | 2 |
| 7/16/2014 | 868077 | Sanjay Baghasia | | 4 |
| 7/16/2014 | 877915 | Terry Wilson | | 2 |
| 7/16/2014 | 877914 | Eric Pace | | 2 |
| 7/17/2014 | 878224 | Jamie Bean | | 2 |
| 7/17/2014 | 878465 | Michael Zusack | | 7 |
| 7/18/2014 | 881305 | Brian Harris | | 3 |
| 7/19/2014 | 881844 | Dewayne Wheatley | | 5 |
| 7/20/2014 | 881928 | Dave Tolley | | 2 |
| 7/20/2014 | 881842 | Eric Smith | | 4 |
| 7/21/2014 | 2013013273 | Mike Tucker | | 5 |
| 7/21/2014 | 882088 | Stan Jiles | | 3 |
| 7/23/2014 | 882664 | Kevin McElreath | | 2 |
| 7/23/2014 | 882652 | Tim Steele | | 3 |
| 7/23/2014 | 882086 | Wayne Gillespie | | 2 |
| 7/23/2014 | 882054 | Eugene Pridie | | 5 |
| 7/23/2014 | 883201 | James Risner | | 4 |
| 7/24/2014 | 883173 | Aundre Lang | | 3 |
| 7/27/2014 | 883535 | Diana Hendren | | 2 |
| 7/27/2014 | 883855 | Keith Keel | | 4 |
| 7/28/2014 | 883956 | Steven Bonner | | 3 |
| 7/28/2014 | 883984 | Daniel Hill | | 2 |
| 7/28/2014 | 883974 | Ladonna Brockwell | | 4 |
| 7/29/2014 | 884313 | Brad Little | | 2 |
| 7/30/2014 | 2013013319 | Gary Wynkoop | Thompson | 3 |
| 7/31/2014 | 877203 | Marian Troyer | | 1 |
| 7/31/2014 | 884832 | Gary Woodruff | | 2 |
| 7/31/2014 | 884825 | Devin Allea | | 2 |
| 8/2/2014 | 886694 | Scott Hall | | 3 |
| 8/3/2014 | 887197 | Gary Hunter | | 2 |
| 8/5/2014 | 887321 | Jeff King | | 2 |
| 8/6/2014 | 890679 | Ken Santos | | 4 |
| 8/6/2014 | 890678 | Scott Lambert | | 5 |
| 8/7/2014 | 891887 | Kevin Estes | | 4 |
| 8/7/2014 | 890754 | Shane Fletcher | | 2 |
| 8/7/2014 | 891401 | Marty Bryant | | 4 |
| 8/9/2014 | 893504 | Troy Eubank | | 4 |
| 8/11/2014 | 893598 | Darrel Ruiter | | 4 |
| 8/13/2014 | 894846 | John Shuler | | 2 |
| 8/15/2014 | 894583 | Alex Ebersbacher | | 2 |
| 8/16/2014 | 895895 | Kurt Michalcheon | | 2 |
| 8/18/2014 | 2013013379 | Connie Kehr | | 3 |
| 8/21/2014 | 896768 | Jack Perry | RECEIVED | 2 |
| 8/22/2014 | 896607 | Ronnie Ball | AUG 2 6 2015 | 5 |
| 8/26/2014 | 904996 | Tim Chewning | | 2 |
| 8/26/2014 | 903789 | Eric Cagle | | 2 |
| 8/26/2014 | 903809 | Norman Lumpkin | | 2 |

Grand Crowne Resorts / Capital Resorts     05-12-14 thru 02-28-15

Wahoo

Start Here

00846

| Date | Number | Name | | Qty |
|---|---|---|---|---|
| 8/28/2014 | 905667 | Bill Nelson | | 5 |
| 9/10/2014 | 909473 | Michael Heikenfield | | 2 |
| 9/17/2014 | 912908 | Scott Overstreet | | 2 |
| 9/19/2014 | 918623 | John Pate | | 3 |
| 9/20/2014 | 918953 | Joe Williams | | 4 |
| 9/23/2014 | 919840 | Michael Cherry | | 2 |
| 9/23/2014 | 919841 | Kim Close | | 3 |
| 9/24/2014 | 921069 | Matt Coleman | | 2 |
| 9/24/2014 | 919600 | Freddie Weldon | | 5 |
| 9/27/2014 | 921435 | Barry Wilkes | | 2 |
| 9/28/2014 | 921664 | Steven Joyner | | 4 |
| 9/29/2014 | 921722 | Rick Laporte | | 2 |
| 9/29/2014 | 921942 | Kenneth Hannah | | 2 |
| 9/30/2014 | 922072 | Anthony Costanza | | 2 |
| 10/2/2014 | 922240 | Kenneth Bevis | | 2 |
| 10/4/2014 | 2013017556 | John Schmiers | | 2 |
| 10/4/2014 | 22731 | Matthew Slaven | | 2 |
| 10/8/2014 | 923009 | Keith Hall | | 2 |
| 10/8/2014 | 923060 | David Bier | | 2 |
| 10/8/2014 | 924862 | Kiva Mallory | | 2 |
| 10/8/2014 | 923637 | Wes Groves | | 2 |
| 10/8/2014 | 923634 | Mike Boles | | 2 |
| 10/9/2014 | 2013017567 | Ken Thompson | | 2 |
| 10/10/2014 | 925180 | Antonio Brown | | 3 |
| 10/10/2014 | 925181 | Robert Story | | 4 |
| 10/13/2014 | 2013017576 | Jeff Scott | | 2 |
| 10/15/2014 | 926282 | Brian Kopff | | 2 |
| 10/15/2014 | 926214 | Darrell Calvert | | 2 |
| 10/17/2014 | 926106 | Gerald Nack | | 2 |
| 10/17/2014 | 926898 | Garett Halingworth | | 4 |
| 10/22/2014 | 927941 | Justin Carroll | | 2 |
| 10/23/2014 | 928640 | Ben Fisher | | 6 |
| 10/26/2014 | 932122 | James Garrison | | 2 |
| 10/28/2014 | 932370 | Steve Welch | | 7 |
| 10/31/2014 | 934322 | Tim Buchanan | | 2 |
| 11/2/2014 | 933417 | Mathew Ridgeway | | 2 |
| 11/6/2014 | 935671 | Mike Marlette | | 2 |
| 11/23/2014 | 940387 | Billy Weaver | | 2 |
| 11/25/2014 | 940971 | Holly Mooneyham | | 4 |
| 11/26/2014 | 941143 | Winston Sizemore | | 6 |
| 11/26/2014 | 849420 | Richard Tooley | | 5 |
| 12/8/2014 | 943984 | Joe Martinez | | 2 |
| 12/20/2014 | 950421 | Joseph Hudson | | 2 |
| 12/22/2014 | 950541 | William Chin | | 4 |
| 12/24/2014 | 950599 | Rasha Mansouri | AUG 2 6 2015 | 4 |
| 12/26/2014 | 951019 | ? Nathani | | 2 |
| 12/27/2014 | 951073 | Mahendra Surpur | | 4 |

| Date | Number | Name | | Count |
|---|---|---|---|---|
| 12/28/2014 | 951134 | Terry McCain | | 3 |
| 1/30/2015 | 954304 | William Aries | | 4 |
| 2/3/2015 | 954512 | Abram Sarraff | | 2 |
| 2/6/2015 | 956123 | Jason Bowen | | 2 |

Rate

~~421~~
~~$38.00~~
~~$15,998.00~~

#5358.00

RECEIVED AUG 2 6 2015

08462  nd Crowne - Surrey - Capital Resorts  — Wahoo     03-01-15 - 08-0
Vouchers Redeemed

| Date | TOUR # | Name | # of People | Notes |
|---|---|---|---|---|
| 3/17/2015 | 2057803 | Michael Munzi | 2 | |
| 3/17/2015 | 2057802 | Mike Adams | 6 | |
| 3/17/2015 | 2057730 | Scott Priest | 4 | |
| 3/17/2015 | 2057800 | Glenn Gowan | 4 | |
| 3/21/2015 | 2058676 | Brian Wright | 2 | |
| 3/23/2015 | 2058922 | Khemraj Jaikaran | 2 | |
| 3/24/2015 | 2059155 | Scott Smith | 2 | |
| 3/24/2015 | 2059147 | Michael Ciniello | 2 | |
| 3/25/2015 | 2059358 | Deron Duerstock | 4 | |
| 3/25/2015 | 2059326 | Michael Knudsen | 5 | |
| 3/26/2015 | 2059167 | Keith Means | 4 | |
| 3/30/2015 | 2060305 | Kenneth Fletcher | 3 | |
| 3/31/2015 | 2060326 | Michael Crager | 4 | |
| 3/31/2015 | 2060267 | Joe Schwade | 4 | |
| 4/2/2015 | 2060565 | Mark Wilson | 4 | |
| 4/6/2015 | 2061488 | Richard Jordan | 6 | |
| 4/6/2015 | 2061536 | James Strunk | 3 | |
| 4/9/2015 | 2061838 | Christian Carter | 4 | |
| 4/8/2015 | 2061829 | Luis Torres | 4 | |
| 4/7/2015 | 2061680 | Stuart Swihart | 2 | |
| 4/8/2015 | 2061830 | Simon Smith | 4 | |
| 4/8/2015 | 2061831 | Michael Mimbs | 3 | |
| 4/11/2015 | 2062199 | Brian Hartline | 4 | |
| 4/11/2015 | 2062410 | John Little | 3 | |
| 4/11/2015 | 2062403 | Rico George | 5 | |
| 4/14/2015 | 2062904 | Sarah Carter | 5 | |
| 4/15/2015 | 2062975 | John Hudock | 1 | |
| 4/17/2015 | 2063512 | Michael Evans | 2 | |
| 4/17/2015 | 2063523 | Stephanie Hall | 2 | |
| 4/22/2015 | 1987470 | Margaret Hunt | 2 | |
| 4/23/2015 | 2064508 | Andy Blanks | 2 | |
| 4/30/2015 | 2065872 | James Seagroves | 2 | |
| 4/30/2015 | 2065786 | Ronnie Ratcliff | 2 | |
| 4/24/2015 | 2064700 | tom Gotauco | 2 | |
| 4/28/2015 | 2065483 | Shane Kriby | 2 | |
| 4/26/2015 | 2065026 | Josh Swanstrom | 2 | |
| 5/2/2015 | 2066193 | Marcus Evans | 2 | |
| 5/2/2015 | 2066283 | Jeffrey House | 4 | |
| 5/3/2015 | 2066473 | Ronald Varney | 2 | |
| 5/3/2015 | 2066475 | Ronald Willis | 4 | |
| 5/7/2015 | 2066907 | Roger McCreery | 5 | |
| 5/9/2015 | 2067360 | Kenneth Aalderink | 2 | |
| 5/12/2015 | 2067854 | Amy Taylor | 2 | |
| 5/13/2015 | 2067870 | Matt McKean | 2 | |
| 5/14/2015 | 2068229 | Harry Miller | | |

RECEIVED AUG 2 6 2015 By_____

1 of 5

Grand Crowne - Surrey - Capital Resorts    03-01-15 - 08-0
Vouchers Redeemed

| Date | Voucher # | Name | Qty |
|---|---|---|---|
| 5/14/2015 | 2068233 | Tim Dailey | 2 |
| 5/14/2015 | 2068401 | Bryan Darlington | 2 |
| 5/15/2015 | 2068033 | William Cavazos | 2 |
| 5/15/2015 | 2068395 | Charles Walker | 2 |
| 5/16/2015 | 2068760 | Gary Robinson | 2 |
| 5/19/2015 | 2069320 | Greg Cavanaugh | 4 |
| 5/19/2001 | 2069381 | Marty Clark | 2 |
| 5/21/2015 | 2069738 | James Shuman | 2 |
| 5/21/2015 | 2069742 | Justin Arnold | 2 |
| 5/21/2015 | 2069669 | James Horne | 1 |
| 5/19/2015 | 2069343 | Roger Beagle | 2 |
| 5/20/2015 | 2069553 | Mary Thompson | 2 |
| 5/20/2015 | 2069608 | Timothy Long | 2 |
| 5/23/2015 | 2070124 | Jason Perry | 2 |
| 5/22/2015 | 2069925 | Terry Couch | 2 |
| 5/23/2015 | 2070129 | Chris Simpson | 2 |
| 5/23/2015 | 2070102 | Phil Kouril | 4 |
| 5/23/2015 | 2070135 | Holly Fincher | 2 |
| 5/23/2015 | 2070098 | Karim Babool | 5 |
| 5/24/2015 | 2070224 | Willie Bryant | 2 |
| 5/25/2015 | 2070350 | Ronnie Richmond | 4 |
| 5/23/2015 | 2070169 | Brent Veldman | 4 |
| 5/25/2015 | 2070406 | Sierra Casto | 2 |
| 5/19/2015 | 2069185 | David Simpson | 2 |
| 5/27/2015 | 2070640 | Nathan Spotts | 2 |
| 5/29/2015 | 2071192 | Wayne Spiller | 3 |
| 5/30/2015 | 2071454 | Lisa Marshall | 4 |
| 5/30/2015 | 2071425 | Hugh Ridgeway | 2 |
| 6/2/2015 | 2072088 | Greg Stambaugh | 4 |
| 6/3/2015 | 2071843 | Rex Donelson | 4 |
| 6/3/2015 | 2072073 | Todd Duncan | 6 |
| 6/5/2015 | 2072660 | Glen McLaren | 2 |
| 6/5/2015 | 2072618 | Daniel Irvin | 2 |
| 6/5/2015 | 2072729 | Ruolong Sma | 4 |
| 6/6/2015 | 2072666 | Kyle Tuttle | 2 |
| 6/6/2015 | 2072993 | Cody Hagler | 2 |
| 6/7/2015 | 2059353 | Mario Aquilera | 5 |
| 6/7/2015 | 2073016 | Stacey Ashley | 3 |
| 6/6/2015 | 2072730 | Greg Austin | 2 |
| 6/7/2015 | 2073221 | Richard Huffer | 4 |
| 6/9/2015 | 2073537 | Clayton Loyd | 2 |
| 6/10/2015 | 2073854 | Tom Blakeman | 3 |
| 6/10/2015 | 2073871 | Jason Pansegrau | 2 |
| 6/10/2015 | 2073446 | Curtis Waycaster | 2 |
| 6/10/2015 | 2073875 | Rhonda Wolfe | 2 |
| 6/10/2015 | 2073869 | Jim Khaus | 2 |
| 6/11/2015 | 2073903 | Eric Field | 2 |

RECEIVED
AUG 2 6 2015

Grand Crowne - Surrey - Capital Resorts  
Vouchers Redeemed  
03-01-15 - 08-C

| Date | Voucher # | Name | Qty | Note |
|---|---|---|---|---|
| 6/11/2015 | 2073874 | Michael Adams | 6 | |
| 6/11/2015 | 2073780 | Dale Collins | 14 | This is NOT a typo |
| 6/11/2015 | 2073853 | William Woody | 2 | |
| 6/11/2015 | 2073863 | Amber Zack | 5 | |
| 6/11/2015 | 2074120 | Jonathan Jones | 5 | |
| 6/11/2015 | 2074128 | Noelus McCorry | 5 | |
| 6/12/2015 | 2074393 | Victor Coates | 4 | |
| 6/12/2015 | 2073876 | Leauto Horton | 1 | |
| 6/12/2015 | 2074373 | Chris Pyran | 4 | |
| 6/13/2015 | 2074567 | Robert Miller | 3 | |
| 6/13/2015 | 2074191 | Rodney Miles | 5 | |
| 6/13/2015 | 2074684 | William Fehribach | 5 | |
| 6/13/2015 | 2074676 | John Radford | 3 | |
| 6/14/2015 | 2074567 | Robert Miller | 2 | |
| 6/14/2015 | 2074884 | Michael Jenson | 2 | |
| 6/15/2015 | 2074936 | Brian Scearce | 2 | |
| 6/15/2015 | 2075224 | Robert McKinney | 3 | |
| 6/15/2015 | 2074886 | Larry Arnett | 6 | |
| 6/16/2015 | 2075530 | Denis Durmic | 2 | |
| 6/16/2015 | 2074954 | Todd Tenney | 2 | |
| 6/16/2015 | 2075537 | Patrick Camp | 4 | |
| 6/17/2015 | 2075785 | Travis Platt | 3 | |
| 6/17/2015 | 2075280 | Dustin Slocum | 2 | |
| 6/18/2015 | 2076176 | Russell McArthur | 5 | |
| 6/19/2015 | 2076180 | Gary Gardner | 2 | |
| 6/19/2015 | 2076360 | Aaron Lovell | 3 | |
| 6/19/2015 | 2076402 | Alvin Wooten | 2 | |
| 6/20/2015 | 2076185 | Zachary Brandt | 2 | |
| 6/19/2015 | 2076346 | Kris Crane | 4 | |
| 6/23/2015 | 2077199 | Vernon Talbert | 4 | |
| 6/23/2015 | 2077118 | David Tullis | 3 | |
| 6/24/2015 | 2077518 | Angel Camacho | 3 | |
| 6/24/2015 | 2077404 | Terry Doles | 2 | |
| 6/24/2015 | 2077389 | Mike Davis | 4 | |
| 6/24/2015 | 2077572 | Angie Mears | 3 | |
| 6/24/2015 | 2077596 | Jurgen Kohler | 4 | |
| 6/25/2015 | 2076864 | Letha Gaston | 2 | |
| 6/25/2015 | 2077585 | Angre Picou | 4 | |
| 6/25/2015 | 2077876 | Bruce Lane | 4 | |
| 6/25/2015 | 2077894 | Randy Nienann | 5 | |
| 6/26/2015 | 2078044 | Ricky Howell | 2 | |
| 6/26/2015 | 2077509 | Paul Howe | 4 | |
| 6/26/2015 | 2078052 | Dennis Smith | 2 | |
| 6/26/2015 | 2077879 | Nick Dunn | 2 | |
| 6/27/2015 | 2078252 | Brett Alonzo | 4 | |
| 6/28/2015 | 2078075 | Daniel Sorg | 2 | |
| 6/27/2015 | 2078040 | Christine Jones | 3 | |

RECEIVED  
AUG 2 6 2015

3 of 5

Grand Crowne - Surrey - Capital Resorts  
Vouchers Redeemed  
03-01-15 - 08-0.

| Date | Voucher | Name | Qty |
|---|---|---|---|
| 6/30/2015 | 2078887 | Joe Ramirez | 2 |
| 7/1/2015 | 2079383 | Tommy Sanders | 4 |
| 7/1/2015 | 2079219 | Billy Pugh | 2 |
| 7/3/2015 | 2079676 | Edward Beasley | 4 |
| 7/1/2015 | 2079385 | Preston Bentley | 4 |
| 7/3/2015 | 2079629 | Timothy Patterson | 4 |
| 7/3/2015 | 2079695 | Barry Blevins | 3 |
| 7/2/2015 | 2079223 | Roosevelt Barks | 3 |
| 7/4/2015 | 2079916 | Justin Moore | 4 |
| 7/4/2015 | 2079921 | Brittany Williams | 3 |
| 7/5/2015 | 2080516 | robert Bergeron | 5 |
| 7/4/2015 | 2079826 | Jaison Billbrew | 4 |
| 7/7/2015 | 2080885 | Brian Billheimer | 3 |
| 7/7/2015 | 2080720 | Darren Scroggins | 2 |
| 7/8/2015 | 2080415 | Hugo Lacey | 5 |
| 7/8/2015 | 2081081 | Terry Fiser | 5 |
| 7/9/2015 | 2039782 | Terry R. Young | 3 |
| 7/10/2015 | 2080924 | Joel Anderson | 6 |
| 7/10/2015 | 2081266 | Bradley Haskins | 2 |
| 7/11/2015 | 2081942 | James Eric | 2 |
| 7/12/2015 | 2081967 | Brent Dhondt | 4 |
| 7/12/2015 | 2081955 | Tony Galassi | 4 |
| 7/15/2015 | 2082626 | Erin Nunley | 2 |
| 7/15/2015 | 2082619 | Jamie Lindley | 5 |
| 7/14/2015 | 2082367 | Jason Richards | 3 |
| 7/14/2015 | 2082351 | Melissa Taylor | 4 |
| 7/15/2015 | 2082627 | Daniel Staggs | 3 |
| 7/15/2015 | 2082804 | Corey Fish | 5 |
| 7/16/2015 | 2082791 | Travis McVicar | 3 |
| 7/17/2015 | 2083145 | Randy Bicard | 4 |
| 7/17/2015 | 2082912 | Hussan Alzarraq | 4 |
| 7/18/2015 | 283078 | Corbin Maddox | 4 |
| 7/19/2015 | 2083699 | Mike Dushane | 5 |
| 7/19/2015 | 2078361 | Michael Dallquist | 2 |
| 7/21/2015 | 2084168 | David Leprevost | 2 |
| 7/21/2015 | 2083531 | Jonathan Whitman | 3 |
| 7/20/2015 | 2083821 | Robert Leinweber | 4 |
| 7/21/2015 | 2083950 | Allen Phillips | 2 |
| 7/22/2015 | 2084162 | Christina Earguy | 6 |
| 7/22/2015 | 2084419 | Carl Keeney | 2 |
| 7/23/2015 | 2083813 | Trudy Eckman | 2 |
| 7/23/2015 | 2084568 | Sean Apgar | 2 |
| 7/23/2015 | 2083825 | Robert Iler | 4 |
| 7/23/2015 | 2084444 | Forrest Lastinger | 4 |
| 7/24/2015 | 2084412 | Mike Brown | 2 |
| 7/24/2015 | 2084440 | Ferret Watford | 2 |
| 7/23/2015 | 2084452 | Jon Ford | 2 |

RECEIVED AUG 2 6 2015

4 of 5

Grand Crowne - Surrey - Capital Resorts    03-01-15 - 08-0
Vouchers Redeemed

| Date | Voucher # | Name | Qty | |
|---|---|---|---|---|
| 7/24/2015 | 2084853 | Donald Stearns | 3 | |
| 7/25/2015 | 2085068 | Pete Miller | 2 | |
| 7/26/2015 | 2084903 | Carl Balmer | 3 | |
| 7/27/2015 | 2085211 | Lenise Soileau | 2 | |
| 7/27/2015 | 2085426 | Feiji McKay | 2 | |
| 7/27/2015 | 2085405 | Luke Malensek | 2 | |
| 7/28/2015 | 2085470 | Kris Dehaven | 4 | |
| 7/28/2015 | 2085818 | Eric Zanders | 5 | |
| 8/1/2015 | 2086658 | Michael Humble | 2 | |
| 8/2/2015 | 2086361 | Sarah Hodges | 1 | |
| 8/3/2015 | 2087055 | Angie Brueggemann | 6 | |
| | | | 618 | |
| | | | $40.00 | |
| | | | $24,720.00 | |

21680.00

Capitol Resorts
3040.00


RECEIVED AUG 2 6 2015

## Lynn Bixler

| | |
|---|---|
| **From:** | Diana Fuller <diana.fuller50@gmail.com> |
| **Sent:** | Tuesday, August 25, 2015 12:53 PM |
| **To:** | Matthew Spangler |
| **Cc:** | Bob Willcoxon; Mike Kennedy; Alex Hodges; Bill J. Weber; Lynn Bixler |
| **Subject:** | Re: Wahoo Ziplines |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Since these are 2014 and 2015 vouchers, it will take a few days to pull them out of the daily papers and copy them. You will have them as soon as we can get them to you.

Diana Fuller
*Fuller-Marketing*
*Next Level Marketing*

**865-230-4223**

Emails:
dianafuller50@gmail.com
diana@fuller-marketing.com
diana@dianafuller.com

On Tue, Aug 25, 2015 at 1:26 PM, Matthew Spangler <mwspangler@gcrvacations.com> wrote:

> Diana,
>
> After further discussion with these invoices. Can they please provide us with the copies of the vouchers that were issued to these guests with these invoices? We have to assure that it is properly reconciled and that all of these are owed. Please let us know, thank you.

**From:** Diana Fuller [mailto:diana.fuller50@gmail.com]
**Sent:** Thursday, August 20, 2015 6:34 AM
**To:** Bob Willcoxon <bpwillcoxon@GCRVacations.com>; Mike Kennedy <mike@willcoxonventures.com>; Matthew Spangler <mwspangler@GCRVacations.com>
**Subject:** Wahoo Ziplines

Everyone;



1

Attached is a list of vouchers redeemed at Wahoo Ziplines from May 12, 2014 thru February 28, 2015 at the $38 rate. And a list of vouchers redeemed at Wahoo Ziplines from March 1, 2015 thru August 3, 2015 at the $40 rate. These vouchers have not been paid as of August 19, 2015. Also attached is a summary of the monies owed.

Please Note: The Voucher Numbers wereused on the spreadsheet for the dates of May 12, 2014 thru February 28, 2015. The Tour Numbers were used on the spreadsheet for the dates of March 1, 2015 thru August 3, 2015.

Wahoo would appreciate a speedy resolution to this matter. Please send the payments to: Wahoo Ziplines, PO Box 6127, Sevierville, TN 37864

BOB -- I DID NOT HAVE ALEX EMAIL ADDRESS. PLEASE FORWARD TO HIM.

Diana Fuller
*Fuller-Marketing*

*Next Level Marketing*

**865-230-4223**

Emails:
dianafuller50@gmail.com
diana@fuller-marketing.com

diana@dianafuller.com

CONFIDENTIALITY NOTICE: This email may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient of this email, please notify the sender immediately by return email, purge it and do not disseminate or copy it.

2