**SO ORDERED.**
**SIGNED this 22nd day of October, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE**

| | |
|---|---|
| IN RE:  SURREY VACATION ) | |
| RESORTS, INC., ) | |
| ) | No.: 3:15-BK-32648-SHB |
| Alleged Debtor ) | |
| ) | |

**ORDER**

Upon motion of Surrey Vacation Resorts, Inc., for dismissal of the involuntary petition in this case, it is hereby

ORDERED, that the involuntary petition is DISMISSED. The Court reserves jurisdiction of this case for determination of any motion that may be brought by Surrey Vacation Resorts, Inc. pursuant to 11 U.S.C. § 303(i).

# # #

APPROVED FOR ENTRY:

/s/ M. Edward Owens, Jr.
M. Edward Owens, Jr. (BPR #007159)
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
Knoxville, Tennessee  37902
(865) 546-4646
Attorneys for Surrey Vacation Resorts, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of September, 2015, a copy of the foregoing Order was filed electronically.  The Order will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system.

/s/ M. Edward Owens, Jr.
M. Edward Owens, Jr.